UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT DUKOWITZ,

                Plaintiff,

    v.

JOHN KELLEMEN,

                Defendant.

CASE NO. C18-5968 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's proposed amended complaint, Dkt. 7, is **DISMISSED**; and

(3)    Plaintiff's application to proceed *in forma pauperis,* Dkt. 5, and application for court appointed counsel, Dkt. 1-2, are **DENIED** as moot.

Dated this 28th day of May, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER